No. 75, Misc.   ABRAMS *v.* 188 RANDOLPH BUILDING CORP. ET AL.   February 25, 1946.   The motion for leave to file a petition for writ of certiorari is denied.   MR.

JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Meyer Abrams, pro se. Solicitor General McGrath, Frederick Bernays Wiener* and *Roger S. Foster* for the Securities & Exchange Commission, respondent.